■ In the Matter of STUART H. STONE, an Attorney.— A petition having been duly presented setting forth charges of professional misconduct, malpractice and fraud against respondent Stuart H. Stone, an attorney at law, incident to his relations with his clients; the respondent having served his answer to said petition denying the charges; the issues raised having been referred to Bertram B. Daiker, Esq., as Referee, for hearing and report; the Referee having duly filed his report on July 6, 1965, finding respondent guilty upon all the charges; and the respondent having duly submitted his written resignation, dated June 16, 1965, from the office of attorney and counselor at law in the State of New York and his consent that he be removed from such office, the respondent's said resignation is hereby accepted and directed to be filed; he is removed from said office, and his name is directed to be struck from the roll of attorneys and counselors at law in the State of New York, effective July 19, 1965. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ JOSEPH A. ATKINSON, as Executor of LUIGI MELITO, Deceased, Appellant, v. MARIA LO CONTI et al., Respondents.— Motion by appellant to enjoin the respondents from disposing of the real property involved in this action, pending appeal from judgment, granted on condition that appellant perfect and be ready to argue or submit the appeal at the September Term, beginning September 8, 1965; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 20, 1965. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ MURRAY BLOOM, Respondent, v. 2262 59TH STREET CORPORATION et al., Defendants, and ADA BOVA, Appellant; LOUIS PERRETTA, Respondent.— Motion by appellant Ada Bova to stay eviction, pending appeals from orders, denied. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

## THIRD DEPARTMENT, JULY, 1965

### (July 2, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT GLOVER, Appellant.— Motion for permission to proceed as a poor person and assignment of counsel upon appeal from judgment rendered in Albany County Court on March 10, 1947, denied, and appeal dismissed. (See *People* v. *Webster*, 12 N Y 2d 1019.) Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ TROY SAVINGS BANK, Appellant, v. KATHRYN DOWLING et al., Respondents, et al., Defendants.— Motion to dismiss appeal as untimely granted, without costs. (See *People ex rel. Manhattan Stor. & Warehouse Co.* v. *Lilly*, 299 N. Y. 281.) Gibson, P. J., Herlihy, Reynolds and Aulisi, JJ., concur.

■ TROY SAVINGS BANK, Appellant, v. KATHRYN DOWLING et al., Respondents, et al., Defendants.— Motion to dismiss appeal as untimely granted, without costs. (See *People ex rel. Manhattan Stor. & Warehouse Co.* v. *Lilly*, 299 N. Y. 281.) Gibson, P. J., Herlihy, Reynolds and Aulisi, JJ., concur.

### (July 7, 1965)

■ FRANK J. GLINSKI et al., Respondents-Appellants, v. JOHN P. LOMENZO, Individually and as Secretary of State of the State of New York, Appellant-Respondent.— *Per Curiam.* We consider that we are bound, and that our decision must be controlled, by the order of the three-Judge District Court